```
 1  CHARLES L. COLEMAN, III (CA. Bar No. 65496)
    ANDREW T. CAULFIELD (CA. Bar No. 238300)
 2  HOLLAND & KNIGHT LLP
    50 California Street, 28th Floor
 3  San Francisco, California  94111
    Telephone: (415) 743-6900
 4  Facsimile: (415) 743-6910
    charles.coleman@hklaw.com
 5  andrew.caulfield@hklaw.com

 6  Attorneys for Plaintiff
    DAVID KAYNE
 7
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>Plaintiff,<br><br>vs.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 07 4721 JF RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>[Local Rule 3-16(b)] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  (1) Plaintiff David Kayne; (2) Defendant the Thomas Kinkade Company, formerly known as Media Arts Group, Inc., a Delaware corporation; and

//

//

---

Certificate of Interested Entities or Persons                - 1 -                Case No. _____

(3) Kayne Art Galleries of Georgia, Inc., a Georgia corporation of which David Kayne was President at the time the events in the Complaint occurred.

Dated: September 12, 2007

HOLLAND & KNIGHT LLP

_____
CHARLES L. COLEMAN, III
ANDREW T. CAULFIELD

Attorneys for Plaintiff
DAVID KAYNE

# 4790356_v1