CHARLES L. COLEMAN, III (CA. Bar No. 65496)
ANDREW T. CAULFIELD (CA. Bar No. 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION -- E-FILING

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>Plaintiff,<br><br>vs.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,<br><br>Defendant. | Case No. C 07- 4721 JF (RS)<br><br>CERTIFICATE OF SERVICE<br>(Local Rule 5-6(a)(2)) |

I, CHARLES L. COLEMAN, III, declare as follows:

1. I am a member of the firm of Holland & Knight LLP and am admitted to practice before this Court. I am lead counsel for plaintiff David Kayne ("Mr. Kayne") in this matter. I have personal knowledge of the facts set forth in this declaration or know the same to be true and if called as a witness I would testify competently and truthfully regarding those facts.

2. On September 13, 2007, I contacted Charles E. Weir of the Los Angeles office McDermott Will & Emery by telephone. At that time, Mr. Weir confirmed to me that he will be one of the lawyers for defendant The Thomas Kinkade Company ("TKC") in this matter. During that telephone conversation, I advised Mr. Weir that (consistent with our prior discussions of Mr. Kayne's intentions) we had now

1   commenced this action on behalf of Mr. Kayne before this Court. I asked Mr. Weir
2   if he would accept service of the summons, complaint and related papers on behalf
3   of his client TKC rather than having us serve them on TKC. Mr. Weir agreed that
4   he would accept service on behalf of TKC and we further agreed that service would
5   be deemed to have been effected as of his receipt of a copy of the summons and
6   complaint the following day (Friday, September 14, 2007) by Federal Express.

7       3.   At approximately 4:58 p.m. on Thursday, September 13, I sent Mr.
8   Weir an e-mail confirming the foregoing understanding and agreement that service
9   upon TKC would be deemed completed as of Mr. Weir's receipt of the summons,
10  complaint and related materials on September 14.. I attached to that email a
11  courtesy copy of the Complaint.

12      4.   On September 13, 2007, and pursuant to the foregoing agreement, I
13  caused copies of the following documents to be sent by Federal Express "Priority
14  Overnight" service, for delivery on September 14, 2007 to "Charles E. Weir, Esq.,
15  McDermott Will & Emery, 2049 Century Park East, Suite 3400, Los Angeles, CA
16  90067": (i) Complaint for Declaratory and Injunctive Relief; (ii) Summons in a Civil
17  Case issued by this Court; (iii) Order Setting Initial Case Management Conference
18  and ADR Deadlines; (iv) Standing Order Regarding Case Management in Civil
19  Cases; (v) Standing Order for All Judges of the Northern District of California/
20  Content of Joint Case management Statement; (vi) Certification of Interested
21  Entities or Persons; (vii) Form Entitled "Welcome to the U. S. District Court for the
22  Northern District of California, Clerk's Office, San Jose Division"; (viii) Form
23  Entitled, "Northern District of California San Jose Division Criminal and Civil law
24  and Motion/Trial Settlement/Case Management/Dismissal Hearing Schedules; (ix)
25  "Notice of Availability of Magistrate Judge to Exercise Jurisdiction"; (x) ECF
26  Registration Information Handout; and (xi) "Public Notice-Magistrate Judge" A true
27  and correct copy of the Federal Express packing slip and signed proof of delivery is
28  attached hereto as Exhibit "A".

5. I have subsequently confirmed with Mr. Weir that he did indeed receive the Federal Express envelope containing the summons, complaint and other materials that we sent to him. I have further confirmed with Mr. Weir that it is his understanding that TKC has been served with the summons, complaint and other documents as of September 14, 2007 so that TKC's response to the complaint (by way of answer or other motion) is due to be filed and served no later than Thursday, October 4, 2007.

6. Based on the foregoing, I hereby certify that defendant The Thomas Kinkade Company has been served with the summons, complaint and other documents described above on and as of September 14, 2007 by virtue of the actual receipt of these materials by its counsel at the Los Angeles office of McDermott, Will & Emery on September 14 as described above and in Exhibit "A" to this declaration.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct and that I have executed this declaration this 1st day of October, 2007 at San Francisco, California.

_____
CHARLES L. COLEMAN, III

# 4824851_v1

# EXHIBIT A

**From:** Origin ID: APCA (415)743-6903
Beverley Huppert
HOLLAND & KNIGHT LLP
50 CALIFORNIA STREET, SUITE 2800

SAN FRANCISCO, CA 94111

**FedEx Express**

E
CLS052007/0123

**SHIP TO:** (310)284-6159    **BILL SENDER**
Charles E. Weir, Esq.
McDermott Will & Emery
2049 Century Park East
Suite 3400
Los Angeles, CA 90067

Ship Date: 13SEP07
ActWgt: 1 LB
System#: 5908729/INET7061
Account#: S ********

Delivery Address Bar Code

Ref # 099184.00003
Invoice #
PO #
Dept #

TRK# 7987 6333 1065
0201

FRI - 14SEP    A1
PRIORITY OVERNIGHT

WZ-CIBA

LAX
CA-US
90067

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Huppert, Beverley A (SFR - X56903)**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, September 14, 2007 10:24 AM
**To:** Huppert, Beverley A (SFR - X56903)
**Subject:** FedEx Shipment 798763331065 Delivered

---

This tracking update has been requested by:

Company Name: HOLLAND & KNIGHT LLP

Name: Beverley Huppert

E-mail: bahupper@hklaw.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:           798763331065
Reference:                 099184.00003
Ship (P/U) date:           Sep 14, 2007
Delivery date:             Sep 14, 2007 10:19 AM
Sign for by:               D.BAYLISS
Delivered to:              Shipping/Receiving
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    1.00 lb.

Shipper Information                 Recipient Information
Beverley Huppert                    Charles E. Weir, Esq.
HOLLAND & KNIGHT LLP                McDermott Will & Emery
50 CALIFORNIA STREET, SUITE 2800    2049 Century Park East
SAN FRANCISCO                       Suite 3400
CA                                  Los Angeles
US                                  CA
94111                               US
                                    90067

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:23 PM  CDT
on 09/14/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

9/28/2007

**FedEx**

Español | Customer Support | FedEx Locations   Search [ ] Go

- Package/Envelope
- Freight
- Expedited
- Office/Print Services

Ship ▸   Track ▾   Manage ▸   Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version   Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798763331065 | **Reference** | 099184.00003 |
| **Signed for by** | D.BAYLISS | **Destination** | Los Angeles, CA |
| **Ship date** | Sep 13, 2007 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Sep 14, 2007 10:19 AM | **Service type** | Priority Envelope |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

**Wrong Address?** Reduce future mistakes by using FedEx Address Checker.

**Tracking a FedEx SmartPost Shipment?** Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 14, 2007 | 10:19 AM | Delivered | Los Angeles, CA | |
| | 7:48 AM | On FedEx vehicle for delivery | MARINA DEL REY, CA | |
| | 6:40 AM | At local FedEx facility | MARINA DEL REY, CA | |
| | 4:30 AM | At dest sort facility | LOS ANGELES, CA | |
| | 3:10 AM | Departed FedEx location | OAKLAND, CA | |
| Sep 13, 2007 | 10:22 PM | Left origin | SAN FRANCISCO, CA | |
| | 6:34 PM | Package data transmitted to FedEx | | |
| | 6:17 PM | Picked up | SAN FRANCISCO, CA | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

**Subscribe to tracking updates (optional)**

Your Name: [ ]   Your E-mail Address: [ ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ◉ HTML ○ Text ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions   [ Submit ]



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

September 28, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798763331065**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Los Angeles, CA |
| **Signed for by:** | D.BAYLISS | **Delivery date:** | Sep 14, 2007 10:19 |
| **Service type:** | Priority Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 798763331065 | **Ship date:** | Sep 13, 2007 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
Los Angeles, CA US

**Shipper:**
SAN FRANCISCO, CA US

**Reference**                     099184.00003

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339