```
 1  CHARLES L. COLEMAN, III (CA. Bar No. 65496)
    ANDREW T. CAULFIELD (CA. Bar No. 238300)
 2  HOLLAND & KNIGHT LLP
    50 California Street, 28th Floor
 3  San Francisco, California  94111
    Telephone: (415) 743-6900
 4  Facsimile: (415) 743-6910
    charles.coleman@hklaw.com
 5  andrew.caulfield@hklaw.com

 6  Attorneys for Plaintiff
    DAVID KAYNE
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION  -- **E-FILING**

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia, | Case No.  C 07-4721 JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| vs. | |
| THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation, | |
| Defendant. | TRO Hearing Date: October 5, 2007<br>Hearing Time:     9:00 a.m.<br>Courtroom:         3, 5th Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff David Kayne's Motion for an Order Shortening Time for Hearing on Plaintiff's Motion for Preliminary Injunction is GRANTED.  The Court further Orders as follows:

_____  A Temporary Restraining Order precluding defendant from proceeding with the subject arbitration until further order of this Court having been GRANTED, it is hereby Ordered that the date(s) for further briefing on and consideration of Plaintiff's motion for preliminary injunction shall be as follows:

//

- 1 -

[PROPOSED] ORDER SHORTENING
TIME FOR A HEARING ON PLAINTIFF'S MOTION FOR T.R.O.
AND PRELIMINARY INJUNCTION

CASE NO. C 07-4721 JF (RS)

1   Defendant's Opposition to Preliminary Injunction to be filed and served by
2   October 9, 2007.
3   Plaintiff's Reply in Support of Preliminary Injunction to be filed and served
4   by **noon** on October 12, 2007.
5   Hearing on Plaintiff's Motion for Preliminary Injunction set for October 15,
6   2007 at 9:00 a.m..

                                    -OR-

8   _____   A Temporary Restraining Order having been DENIED on the
9   basis that there will be an expedited hearing on Plaintiff's motion for preliminary
10  injunction, the preliminary injunction hearing will take place on **October 5, 2007**
11  at 9:00 a.m. Defendant's October 4 motion in response to the complaint shall also
12  be deemed to constitute Defendant's opposition to plaintiff's motion for a
13  preliminary injunction. Plaintiff may present any reply papers on the morning of
14  October 5 at or in advance of the hearing, after which the matter shall be deemed
15  submitted.
16  DATED: _____

                                    _____
                                    Hon. JEREMY FOGEL
                                    United States District Judge