CHARLES L. COLEMAN, III (CA. Bar No. 65496)
ANDREW T. CAULFIELD (CA. Bar No. 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION -- **E-FILING**

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia, | Case No. C 07-4721 JF (RS) |
| Plaintiff, | **[PROPOSED] TEMPORARY RESTRAINING ORDER** |
| vs. | |
| THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation, | Hearing Date: October 5, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor |
| Defendant. | |

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that plaintiff David Kayne's motion for a Temporary Restraining Order is hereby GRANTED.

Defendant The Thomas Kinkade Company is hereby temporarily restrained and ENJOINED from proceeding further with, and from attending, the pending arbitration presently before the American Arbitration Association, entitled *The Thomas Kinkade Company v. David Kayne* (AAA No. 74-181-E-000733-06), or any other arbitral proceeding pursuant to the "expedited" arbitration procedure set out in Exhibit "A" to plaintiff's complaint herein, until further order of this Court.

//

//

1	Defendant is further ordered to show cause, on or before October ___, 2007,
2	why it should not be preliminarily enjoined from proceeding further with, and from
3	attending, the pending arbitration presently before the American Arbitration
4	Association, entitled *The Thomas Kinkade Company v. David Kayne* (AAA No. 74-
5	181-E-000733-06), or any other arbitral proceeding pursuant to the "expedited"
6	arbitration procedure set out in Exhibit "A" to plaintiff's complaint herein.

7	Plaintiff shall file its reply to defendant's response to the order to show cause
8	on or before October ___, 2007.

9	The Court will conduct a hearing on Plaintiff's motion for preliminary
10	injunction on October ___, 2007, at ___.

11	IT IS SO ORDERED.

12	DATED: _____

_____
Hon. JEREMY FOGEL
United States District Judge