| | |
|---|---|
|1| CHARLES L. COLEMAN, III (CA. Bar No. 65496) |
|2| ANDREW T. CAULFIELD (CA. Bar No. 238300) |
| | HOLLAND & KNIGHT LLP |
|3| 50 California Street, 28th Floor |
| | San Francisco, California 94111 |
|4| Telephone: (415) 743-6900 |
| | Facsimile: (415) 743-6910 |
|5| charles.coleman@hklaw.com |
| | andrew.caulfield@hklaw.com |
|6| |
| | Attorneys for Plaintiff |
|7| DAVID KAYNE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – **E-FILING**

| | | |
|---|---|---|
| DAVID KAYNE, an individual citizen of Georgia, | ) | Case No. C 07-4721 JF (RS) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING PLAINTIFF DAVID KAYNE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | ) | |
| | ) | |
| THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation, | ) | Hearing Date: October 5, 2007 |
| | ) | Hearing Time: 9:00 a.m. |
| | ) | Courtroom: 3, 5th Floor |
| Defendant. | ) | |

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that plaintiff David Kayne's motion for a preliminary injunction is hereby GRANTED.

Defendant The Thomas Kinkade Company is hereby ENJOINED from proceeding further with, and from attending, the pending arbitration presently before the American Arbitration Association, entitled *The Thomas Kinkade Company v. David Kayne* (AAA No. 74-181-E-000733-06), or any other arbitral proceeding pursuant to the "expedited" arbitration procedure set out in Exhibit "A" to plaintiff's complaint herein, until further order of this Court.

//

//

[PROPOSED] ORDER Re Preliminary Injunction                Case No. C 07-4721 JF (RS)

1     The parties shall be prepared to discuss further proceedings in this matter at
2 the Case Management Conference set to occur in this matter on January 4, 2008.
3     IT IS SO ORDERED.
4 DATED: _____

                                                Hon. JEREMY FOGEL
                                                United States District Judge

[PROPOSED] ORDER Re Preliminary Injunction     Case No. C 07-4721 JF (RS)