1  CHARLES L. COLEMAN, III (CA. Bar No. 65496)
2  ANDREW T. CAULFIELD (CA. Bar No. 238300)
   HOLLAND & KNIGHT LLP
3  50 California Street, 28th Floor
   San Francisco, California 94111
4  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
5  charles.coleman@hklaw.com
   andrew.caulfield@hklaw.com
6
   Attorneys for Plaintiff
7  DAVID KAYNE

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN JOSE DIVISION – **E-FILING**

11

12 | DAVID KAYNE, an individual citizen | Case No. C 07-4721 JF (RS) |
   | of Georgia, | |
13 | | |
   | Plaintiff, | **PROOF OF SERVICE VIA** |
14 | | **HAND DELIVERY TO CHARLES E.** |
   | vs. | **WEIR AT McDERMOTT WILL &** |
15 | | **EMERY** |
   | THE THOMAS KINKADE COMPANY, | |
16 | formerly known as MEDIA ARTS | |
   | GROUP, INC., a Delaware Corporation, | |
17 | | |
   | Defendant. | |
18

PROOF OF SERVICE                                Case No. C 07-4721 JF (RS)

## PROOF OF SERVICE

State of California       )
                          )  ss.
County of Los Angeles     )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 W. 7th Street, Suite 250, Los Angeles, CA 90017.

    On October 2, 2007, I served the document described as:

1. **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM IN SUPPORT;**
2. **DECLARATION OF CHARLES L. COLEMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME;**
3. **[PROPOSED] ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;**
4. **NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; BRIEF IN SUPPORT OF MOTION;**
5. **DECLARATION OF CHARLES L. COLEMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;**
6. **DECLARATION OF DAVID KAYNE IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;**
7. **[PROPOSED] TEMPORARY RESTRAINING ORDER;**
8. **[PROPOSED] ORDER GRANTING PLAINTIFF DAVID KAYNE'S MOTION FOR PRELIMINARY INJUNCTION; and**
9. **CERTIFICATE OF SERVICE**

on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST.**

[ X ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee stated on the attached service list.

X    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 2, 2007, Los Angeles, California.

_Wael Gutierrez_

**SERVICE LIST**

Charles E. Wier
McDermott Will & Emery
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Tel: (310) 277-4110

# 4830488_v1