1  DANA N. LEVITT, PC (CA Bar No. 77180)
   CHARLES E. WEIR (CA Bar No. 211091)
2  JASON D. STRABO (CA Bar No. 246426)
   McDERMOTT WILL & EMERY LLP
3  2049 Century Park East, Suite 3800
   Los Angeles, CA  90067-3218
4  Telephone:    310.277.4110
   Facsimile:    310.277.4730
5  dlevitt@mwe.com
   cweir@mwe.com
6  jstrabo@mwe.com

7  Attorneys for Defendant
   THE THOMAS KINKADE COMPANY,
8  FORMERLY KNOWN AS, MEDIA ARTS GROUP
   INC.
9

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

           SAN JOSE DIVISION

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>            Plaintiff,<br><br>    v.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,,<br><br>            Defendant. | CASE NO.  C 07-4721 (JF) (RS)<br><br>**DEFENDANT THE THOMAS KINKADE COMPANY'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIV. L. R. 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) The Thomas Kinkade Company

(2) Thomas Kinkade

(3) David Kayne

(4) Kayne Art Galleries of Georgia, Inc.

Dated: October 3, 2007

McDERMOTT WILL & EMERY LLP

By: _____/s/_____
Charles E. Weir
Attorneys for Defendant
THE THOMAS KINKADE COMPANY