1   CHARLES L. COLEMAN, III (CA. Bar No. 65496)
2   ANDREW T. CAULFIELD (CA. Bar No. 238300)
    HOLLAND & KNIGHT LLP
3   50 California Street, 28th Floor
    San Francisco, California  94111
4   Telephone: (415) 743-6900
    Facsimile: (415) 743-6910
5   charles.coleman@hklaw.com
    andrew.caulfield@hklaw.com

6   Attorneys for Plaintiff
    DAVID KAYNE
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION – E-FILING

11  DAVID KAYNE, an individual citizen        )  Case No.  C 07-4721 JF (RS)
    of Georgia,                               )
12                                            )  REPLY DECLARATION OF
                       Plaintiff,             )  CHARLES L. COLEMAN, III IN
13                                            )  SUPPORT OF PLAINTIFF'S
              vs.                             )  MOTION FOR TEMPORARY
14                                            )  RESTRAINING ORDER AND
                                              )  PRELIMINARY INJUNCTION
15  THE THOMAS KINKADE COMPANY,               )
    formerly known as MEDIA ARTS              )
16  GROUP, INC., a Delaware Corporation,      )
                                              )
17                     Defendant.             )
    _____  )

18

19          I, Charles L. Coleman, III, hereby declare that:

20          1.      I am a member of the firm of Holland & Knight LLP and am admitted

21  to practice before this Court.  I am lead counsel for plaintiff David Kayne ("Mr.

22  Kayne") in this matter.  I submit this Reply Declaration in Support of Plaintiff's

23  Motion for a Temporary Restraining Order and Preliminary Injunction.  Except as

24  otherwise indicated below, I have personal knowledge of the facts set forth herein

25  and, if called as a witness, I could and would testify to such facts without waiver of

26  any applicable privilege.

27

28

1    2.    Attached hereto as Exhibit 1 is a true and correct copy of the Civil

2  Docket for the *Kayne v. The Thomas Kincade Company* matter (Case # 1:06-cv-

3  02168-CAP), which was assigned Judge Pannell, Jr, that I printed using PACER.

4

5
      _____

6                                CHARLES L. COLEMAN, III

7

8

9

10    # 4839272_v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY DECLARATION OF CHARLES L. COLEMAN, III         CASE NO. C 07-4721 JF (RS)
IN SUPPORT OF T.R.O. AND PRELIMINARY INJUNCTION

.

# EXHIBIT 1

4months, APPEAL, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:06-cv-02168-CAP

Kayne v. The Thomas Kinkade Company
Assigned to: Judge Charles A. Pannell, Jr
Case in other court: USCA-11th Circuit, 07-11983-HH
                 Superior Court of Fulton County,
                 2006CV121748
Cause: 28:1441 Petition for Removal- Declaratory Judgemen

Date Filed: 09/12/2006
Date Terminated: 03/29/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**David Kayne**

represented by **Lawrence S. Burnat**
Schreeder Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309-4516
404-681-3450
Fax: 404-681-1046
Email: lburnat@swfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Roback Kraynak**
Schreeder Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309-4516
404-681-3450
Fax: 404-681-1046
Email: mkraynak@swfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Thomas Kinkade Company**
*formerly known as*
Media Arts Group, Inc.

represented by **Charles E. Weir**
McDermott Will & Emery-Los Angeles

2049 Century Park East
34th Floor
Los Angeles, CA 90067-3208
310-284-6159
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Charles Lang**
The Lang Legal Group
1800 Century Place
Suite 570
Atlanta, GA 30345
404-320-0990
Email: elang@langlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Mack Greenfield**
The Lang Legal Group
1800 Century Place
Suite 570
Atlanta, GA 30345
404-320-0990
Email: jmack@langlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2006 | 1 | NOTICE OF REMOVAL with COMPLAINT. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $ 350 receipt number 555746), filed by The Thomas Kinkade Company. (Attachments: # 1 Exhibit A# 2 Exhibit A-2# 3 Affidavit # 4 Civil Cover Sheet)(hfm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/15/2006) |
| 09/12/2006 | 2 | AMENDED COMPLAINT against The Thomas Kinkade Company, filed by David Kayne. (Filed at State Court and contained within Notice of Removal)(hfm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/15/2006) |
| 09/12/2006 | 3 | MOTION for Temporary Restraining Order by David Kayne. (Filed in State Court and contained within Notice of Removal) (Attachments: # 1 Brief in Support# 2 Text of Proposed Order)(hfm) (Entered: 09/15/2006) |
| 09/15/2006 | 4 | NOTICE of Hearing on Motion re: 3 MOTION for Temporary Restraining Order & Preliminary Injunction. Motion Hearing set for 10/25/2006 10:00 AM in Courtroom 2307 before Judge Charles A. Pannell Jr.. (yrm) (Entered: 09/15/2006) |
| 09/21/2006 | 5 | Corporate Disclosures pursuant to Rule 7.1 by The Thomas Kinkade Company.(Lang, Eric) (Entered: 09/21/2006) |
| 09/22/2006 | 6 | Withdrawal of Motion 3 MOTION for Temporary Restraining Order filed by David Kayne, filed by David Kayne. (Burnat, Lawrence) (Entered: 09/22/2006) |
|  |  |  |

| 09/25/2006 | | NOTICE OF CANCELLATION of Hearing re: 4 NOTICE of Hearing on Motion re: 3 MOTION for Temporary Restraining Order & Preliminary Injunction. Motion Hearing set for 10/25/2006 10:00 AM in Courtroom 2307 before Judge Charles A. Pannell Jr.. (yrm) (yrm) (Entered: 09/25/2006) |
|---|---|---|
| 09/25/2006 | 8 | DOCUMENT FILED IN ERRORAPPLICATION for Admission of Eric Charles Lang, Pro Hac Vice filed by The Thomas Kinkade Company.Filing Fee received $150.00, Receipt #556201. (Attachments: # 1 Proposed Order)(epm) Modified on 9/27/2006 (epm). (Entered: 09/27/2006) |
| 09/25/2006 | 9 | CERTIFICATE OF SERVICE re 8 APPLICATION for Admission of Eric Charles Lang Pro Hac Vice filed by The Thomas Kinkade Company. (epm) (Entered: 09/27/2006) |
| 09/25/2006 | 10 | #8 REDOCKETED AS APPLICATION for Admission of Charles E. Weir, Pro Hac Vice filed by The Thomas Kinkade Company.Filing Fee received $150.00, Receipt #556201. (Attachments: # 1 Proposed Order) (epm) (Entered: 09/27/2006) |
| 09/25/2006 | | Notification of Docket Correction re 8 APPLICATION for Admission of Eric Charles Lang Pro Hac Vice. The wrong attorney was selected for PHV Admission; redocketed as pleading #10 with Attorney Charles E. Weir. (epm) (Entered: 09/27/2006) |
| 09/27/2006 | 7 | PROPOSED CONSENT ORDER Consent Order Extending Time for Defendant The Thomas Kinkade Company to Answer. (Lang, Eric) (Entered: 09/27/2006) |
| 10/03/2006 | 11 | ORDER GRANTING 10 Application for Admission of Charles E. Weir, Pro Hac Vice. Signed by Judge Charles A. Pannell Jr. on 10/3/06. (epm) (Entered: 10/03/2006) |
| 10/03/2006 | 12 | CONSENT ORDER TO EXTEND TIME through 10/6/06 for Defendant to Answer Complaint. Signed by Judge Charles A. Pannell Jr. on 10/3/06. (epm) (Entered: 10/04/2006) |
| 10/06/2006 | 13 | DOCUMENT FILED IN ERROR - MOTION to Compel Arbitration Pursuant to 9 USC Sec. 4 and to Dismiss all Claims of david Kayne Pursuant to FRCP 12(b)(1) and 12(b)(6) with Brief In Support by The Thomas Kinkade Company. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Lang, Eric) Modified on 10/11/2006 (epm). (Entered: 10/06/2006) |
| 10/06/2006 | 14 | Pldg 13 REDOCKETED AS - MOTION to Compel Arbitration pursuant to 9 USC § 4; and, MOTION to Dismiss all Claims of David Kayne pursuant to FRCP 12(b)(1) and 12(b)(6) with Brief In Support filed by The Thomas Kinkade Company. (Attachments: # 1 Memorandum in Support# 2 Declaration of Robert C. Murray# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Declaration of Charles E. Weir# 11 Exhibit A 1# 12 Exhibit B 1)(epm) (Entered: 10/11/2006) |

| | | |
|---|---|---|
| 10/06/2006 | | Notification of Docket Correction re 13 MOTION to Compel Arbitration Pursuant to 9 USC Sec. 4 and to Dismiss all Claims of david Kayne Pursuant to FRCP 12(b)(1) and 12(b)(6). This document was filed using the wrong event; pleading redocketed as 14 Motion to Compel and Motion to Dismiss. (epm) (Entered: 10/11/2006) |
| 10/17/2006 | 15 | MOTION for Extension of Time File Response to Defendant's Motion to Compel Arbitration Pursuant to 9 USC 4 and Motion to Dismiss all Claims of David Kayne pursuant to FRCP 12(b)(6) re: 14 MOTION to Compel ArbitrationMOTION to Dismiss MOTION to Compel ArbitrationMOTION to Dismiss MOTION to Compel ArbitrationMOTION to Dismiss by David Kayne. (Attachments: # 1 Text of Proposed Order Consent Order)(Burnat, Lawrence) (Entered: 10/17/2006) |
| 10/18/2006 | 16 | ORDER GRANTING 15 Consent Motion for Extension of Time to 11/3/06 for Plaintiff David Kane to Respond to Defendant's Motion. Signed by Judge Charles A. Pannell Jr. on 10/18/06. (epm) (Entered: 10/19/2006) |
| 10/27/2006 | 17 | MOTION for Leave to File Amended Petition for Declaratory Judgment and Injunctive Reliefby David Kayne. (Attachments: # 1 Brief In Support of Motion for Leave to File Amended Petition# 2 Exhibit Second Amended Petition for Declaratory Judgment and Injunctive Relief)(Burnat, Lawrence) (Entered: 10/27/2006) |
| 10/30/2006 | 18 | NOTICE of Change of Address for Lawrence S. Burnat, counsel for David Kayne (Burnat, Lawrence) (Entered: 10/30/2006) |
| 11/03/2006 | 19 | MOTION for Leave to File Excess Pages with Brief In Support by David Kayne. (Attachments: # 1 Brief Plaintiff's Response to Motion to Compel# 2 Exhibit A)(Burnat, Lawrence) Modified on 11/13/2006 to correct docket text to accurately reflect e-filed pleading (epm). (Entered: 11/03/2006) |
| 11/03/2006 | 20 | AFFIDAVIT of David Kayne. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Burnat, Lawrence) Modified text on 11/13/2006 (epm). (Entered: 11/03/2006) |
| 11/03/2006 | 21 | RESPONSE in Support re 14 MOTION to Compel Arbitration and MOTION to Dismiss filed by David Kayne. (Attachments: # 1 Exhibit A) (Burnat, Lawrence) Modified on 11/13/2006 to remove duplicate text. (epm). (Entered: 11/03/2006) |
| 11/03/2006 | 22 | MOTION for Oral Argument by David Kayne. (Burnat, Lawrence) (Entered: 11/03/2006) |
| 11/03/2006 | 23 | MOTION to Strike *Declaration of Robert C. Murray* with Brief In Support by David Kayne. (Attachments: # 1 Brief In Support of Motion to Strike)(Burnat, Lawrence) (Entered: 11/03/2006) |
| 11/06/2006 | 24 | RESPONSE in Opposition to re 17 MOTION for Leave to File a Second |

| | | |
|---|---|---|
| | | Amended Petition for Declaratory Judgment and Injunctive Relief *filed by The Thomas Kinkade Company. (Lang, Eric) Modified on 11/13/2006 to correct docket text to accurately reflect e-filed pleading (epm). (Entered: 11/06/2006)* |
| 11/20/2006 | 25 | RESPONSE in Opposition re 23 MOTION to Strike *Declaration of Robert C. Murray* filed by The Thomas Kinkade Company. (Attachments: # 1 Declaration of Tori Amarillas In Support of Defendant's Motion to Compel Arbitration and Dismiss the Claims of David Kayne# 2 Defendant's Reply Memorandum in Further Support of its Motion to Compel Arbitration and Dismiss all Claims of David Kayne# 3 Certificate of Service)(Lang, Eric) (Entered: 11/20/2006) |
| 11/21/2006 | 26 | REPLY BRIEF re 17 MOTION for Leave to File Amended Petition for Declaratory Judgment and Injunctive Relief filed by David Kayne. (Burnat, Lawrence) (Entered: 11/21/2006) |
| 11/27/2006 | | Submission of 14 MOTION to Compel Arbitration, MOTION to Dismiss, 17 MOTION for Leave to File Amended Petition for Declaratory Judgment and Injunctive Relief, 19 MOTION for Leave to File Excess Pages, 22 MOTION for Oral Argument,submitted to District Judge Charles A. Pannell. (adg) (Entered: 11/27/2006) |
| 11/29/2006 | 27 | REPLY BRIEF re 23 MOTION to Strike *Declaration of Robert C. Murray* filed by David Kayne. (Burnat, Lawrence) (Entered: 11/29/2006) |
| 11/29/2006 | 28 | MOTION to Strike *Declaration of Tori Amarillas* with Brief In Support by David Kayne. (Attachments: # 1 Brief Supporting Motion to Strike Declaration of Tori Amarillas)(Burnat, Lawrence) (Entered: 11/29/2006) |
| 11/30/2006 | 29 | MOTION for Leave to File *Sur-Reply to Defendant's Reply Memorandum in Further Support of Its Motion to Compel Arbitration and Dismiss All Claims of David Kayne* with Brief In Support by David Kayne. (Attachments: # 1 Proposed Sur-Reply# 2 Exhibit A to Plaintiff's Sur-Reply)(Burnat, Lawrence) (Entered: 11/30/2006) |
| 12/06/2006 | | Submission of 23 MOTION to Strike *Declaration of Robert C. Murray*, submitted to District Judge Charles A. Pannell. (FILE IN CHAMBERS) (adg) (Entered: 12/06/2006) |
| 12/07/2006 | 30 | RESPONSE in Opposition re 28 MOTION to Strike *Declaration of Tori Amarillas* filed by The Thomas Kinkade Company. (Lang, Eric) (Entered: 12/07/2006) |
| 12/07/2006 | 31 | Amended Declaration of Tori Amarillas in Support re 14 Motion to Compel Arbitration and Dismiss the Claims of David Kayne filed by The Thomas Kinkade Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Affidavit Amended Declaration of Tori Amarillas in support of Defendants Motion to Compel Arbitration and Dismiss the Claims of David Kayne)(Lang, Eric) Modified on 12/18/2006 to remove double wording(adg). (Entered: 12/07/2006) |
| 12/07/2006 | 32 | Amended Declaration of Robert C. Murray in Support of 14 Motion to |

| | | |
|---|---|---|
| | | Compel Arbitraton and Dismiss the Claims of David Kayne filed by The Thomas Kinkade Company. (Attachments: # 1 Exhibit A# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Lang, Eric) Modified on 12/18/2006 to remove double wording (adg). (Entered: 12/07/2006) |
| 12/12/2006 | 33 | REPLY BRIEF re 28 MOTION to Strike *Declaration of Tori Amarillas* filed by David Kayne. (Burnat, Lawrence) (Entered: 12/12/2006) |
| 12/12/2006 | 34 | MOTION to Strike *The Amended Declarations of Tori Amarillas and Robert Murray* with Brief In Support by David Kayne. (Attachments: # 1 Brief In Support of Motion to Strike Amended Declarations of Amarillas and Murray)(Burnat, Lawrence) (Entered: 12/12/2006) |
| 12/15/2006 | | Submission of 28 MOTION to Strike *Declaration of Tori Amarillas*, submitted to District Judge Charles A. Pannell. (FILE IN CHAMBERS) (adg) (Entered: 12/15/2006) |
| 01/05/2007 | | Submission of 29 MOTION for Leave to File *Sur-Reply to Defendant's Reply Memorandum in Further Support of Its Motion to Compel Arbitration and Dismiss All Claims of David Kayne*, submitted to District Judge Charles A. Pannell. (FILE IN CHAMBERS) (dfb) (Entered: 01/05/2007) |
| 01/17/2007 | | Submission of 34 MOTION to Strike *The Amended Declarations of Tori Amarillas and Robert Murray*, submitted to District Judge Charles A. Pannell. (File in Chambers) (adg) (Entered: 01/17/2007) |
| 03/29/2007 | 35 | ORDER GRANTING 17 Motion for Leave to File and Amended Complaint; GRANTING 19 Motion for Leave to File Excess Pages; DENYING 22 Motion for Oral Argument; DENYING 23 Motion to Strike the original declaration of Robert Murray ; DENYING 28 Motion to Strike the original declaration of Tori Amarillas; GRANTING 29 Motion for Leave to File a surreply; DENYING 34 Motion to Strike the amended declarations of Tori Amarillas and Robert Murray. Because all of the issues remaining in the case at hand are referable to arbitration and the arbitration will take place in California, it would serve no purpose for the court to retain jurisdiction and stay the action pending thearbitration. The Court GRANTS 14 Motion to Compel Arbitration to the extent it seeks dismissal of the action and an order compelling arbitration. The Clerk is DIRECTED to close the file Signed by Judge Charles A. Pannell Jr. on 3/29/2007. (adg) (Entered: 03/29/2007) |
| 03/29/2007 | | Civil Case Terminated. (adg) (Entered: 03/29/2007) |
| 04/27/2007 | 36 | Second AMENDED COMPLAINT against all defendants, filed by David Kayne.(Burnat, Lawrence) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 04/27/2007) |
| 04/27/2007 | 37 | NOTICE OF APPEAL as to 35 Order on Motion to Strike, Order on Motion for Leave to File,, Order on Motion to Compel, Order on Motion to Dismiss,, Order on Motion for Leave to File Excess Pages, Order on |

| | | |
|---|---|---|
| | | Motion for Oral Argument,,,,,,,,,,,,,,,,,,,,,,,, by David Kayne.Transcript Order Form due on 5/11/2007 (Burnat, Lawrence) (Entered: 04/27/2007) |
| 04/27/2007 | 39 | USCA Appeal Fees received $ 455.00 receipt number 564302 re: 37 Notice of Appeal filed by David Kayne. (pjm) (Entered: 04/30/2007) |
| 04/30/2007 | 38 | Transmission of Certified Copy of Notice of Appeal, Order and Docket Sheet to US Court of Appeals re: 37 Notice of Appeal. (pjm) (Entered: 04/30/2007) |
| 04/30/2007 | 40 | USCA Appeal Fees forwarded to USCA re: 37 Notice of Appeal filed by David Kayne. Case Appealed to USCA-11th Circuit. Case Number 00-00000-00. (pjm) (Entered: 04/30/2007) |
| 05/03/2007 | 41 | USCA Acknowledgment of 37 Notice of Appeal filed by David Kayne. Case Appealed to USCA-11th Circuit. Case Number 07-11983-HH. (pjm) (Entered: 05/07/2007) |
| 05/03/2007 | 42 | USCA Acknowledgment of USCA Appeal Fees re: 37 Notice of Appeal filed by David Kayne. Case Appealed to USCA-11th Circuit. Case Number 07-11983-HH. (pjm) (Entered: 05/07/2007) |
| 05/11/2007 | 43 | TRANSCRIPT ORDER FORM re: 37 Notice of Appeal. No Hrgs. USCA Appeal Number 07-11983-HH. Certificate of Readiness due on 5/25/2007. (pjm) (Entered: 05/14/2007) |
| 05/15/2007 | | CERTIFICATE OF READINESS of Appeal Record re: 37 Notice of Appeal filed by David Kayne. USCA Case Number 07-11983-HH. (2 Vols of Pldgs) (pjm) (Entered: 05/15/2007) |
| 05/15/2007 | 44 | Certified copy of CERTIFICATE OF READINESS transmitted to USCA re: 37 Notice of Appeal. Case Appealed to USCA-11th Circuit. Case Number 07-11983-HH. (pjm) (Entered: 05/15/2007) |
| 05/21/2007 | 45 | USCA Acknowledgment of Certificate of Readiness re: 37 Notice of Appeal filed by David Kayne. Case Appealed to USCA-11th Circuit. Case Number 07-11983-HH. (pjm) (Entered: 05/22/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2007 18:23:55 | | | |
| **PACER Login:** | hk0135 | **Client Code:** | 099184.00001/Kayne |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-02168-CAP |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |