\*\*E-Filed 10/09/07\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID KAYNE,<br><br>            Plaintiff,<br><br>            v.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation.<br><br>            Defendant. | Case Number C 07-4721 JF (RS)<br><br>ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION |

      Pursuant to Civil Local Rule 3-12 (c), this action is hereby referred to the judge presiding in *Kayne v. The Thomas Kinkade Company*, CV-04-00186-SI for a determination as to whether the actions are related within the meaning of Rule 3-12.

IT IS SO ORDERED.

DATED: October 09, 2007

/s/ Jeremy Fogel
_____
JEREMY FOGEL
United States District Judge

Case No. C 07-4721 JF (RS)
ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION
(JFLC3)

1  Copies of Order served on:

2  Antony E. Buchignani: antony.buchignani@dlapiper.com, laverne.patane@dlapiper.com

3  John C. Gorman: jgorman@gormanmiller.com

4  Charles Joseph Stiegler: cstiegler@gormanmiller.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Case No. C 07-4721 JF (RS)
ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION
(JFLC3)