IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAYNE, | No. C 07-04721SI |
| Plaintiff, | **NOTICE** |
| v. | |
| THOMAS KINKADE COMPANY, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for temporary restraining order shall be scheduled for argument on November 1, 2007, at 10:00 a.m.

Defendant's motion to dismiss and motion to strike have been scheduled for argument on December 7, 2007, at 9:00 a.m.

The initial case management conference shall occur on Friday, January 4, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.



Dated: October 18, 2007                              RICHARD W. WIEKING, Clerk

                                                                            Tracy Sutton
                                                                            Deputy Clerk