CHARLES L. COLEMAN, III (CA. Bar No. 65496)
ANDREW T. CAULFIELD (CA. Bar No. 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE


DANA N. LEVITT, PC (CA Bar No. 77180)
CHARLES E. WEIR (CA Bar No. 211091)
JASON D. STRABO (CA Bar No. 246426)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 4110
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
dlevitt@mwe.com
cweir@mwe.com
jstrabo@mwe.com

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION – E-FILING

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia, | Case No.        C 07-4721 SI<br>Related Case:  C 04-00186 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER *RE:* WITHDRAWAL OF PLAINTIFF'S MOTION FOR TRO AS MOOT |
| vs. | |
| THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation, | Hearing Date: November 1, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor |
| Defendant. | |

//

STIPULATION AND [PROPOSED] ORDER *RE:*                            CASE NO. C 07-4721 SI
WITHDRAWAL OF TRO REQUEST AS MOOT

1    WHEREAS, on October 2, 2007, when this matter was before Judge Fogel,

2    Plaintiff David Kayne ("Plaintiff" or "Mr. Kayne") filed a motion seeking a

3    temporary restraining order and preliminary injunction to enjoin defendant The

4    Thomas Kinkade Company ("TKC") from proceeding further with an arbitration

5    scheduled to occur on October 16, 2007; and

6    WHEREAS, on October 3, 2007, TKC filed an opposition to Mr. Kayne's

7    motion seeking to enjoin TKC's participation in the October 16 arbitration

8    proceedings; and

9    WHEREAS, on October 4-5, 2007, Mr. Kayne filed a reply in support of his

10    motion seeking to enjoin TKC's participation in the October 16 arbitration

11    proceedings; and

12    WHEREAS, Mr. Kayne's motion to enjoin TKC's participation in the October

13    16 arbitration proceedings was taken under submission by Judge Fogel but not

14    ruled upon; and

15    WHEREAS, in the absence of any order from this Court, TKC did participate

16    in the October 16 arbitration proceedings; and

17    WHEREAS, the parties are in agreement that Mr. Kayne's motion seeking to

18    enjoin TKC from participating in the October 16 arbitration proceedings is now

19    MOOT;

20    NOW, THEREFORE, it is hereby stipulated as follows by and between Mr.

21    Kayne and TKC through their respective undersigned counsel:

22    1.    The motion of Mr. Kayne seeking a temporary restraining order and/or

23    preliminary injunction to prevent TKC from participating in the October 16, 2007

24    arbitration proceedings is now MOOT; and

25    //

26    //

27    //

28

- 2 -

STIPULATION AND [PROPOSED] ORDER *RE*        CASE NO. C 07-4721 SI
WITHDRAWAL OF TRO REQUEST AS MOOT

2.    In the circumstances, the motion by Mr. Kayne may be WITHDRAWN; and

3.    The November 1, 2007 hearing date for Mr. Kayne's motion should be VACATED.

Dated:  October 26, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

_____

By:  Charles L. Coleman, III

Attorneys for Plaintiff
DAVID KAYNE

McDERMOTT WILL & EMERY LLP

_____

By:  Charles E. Weir

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

Based on the foregoing stipulation of the parties, and good cause appearing, the November 1, 2007, hearing date on Mr. Kayne's motion for a temporary restraining order and/or preliminary injunction is hereby VACATED and his motion shall be deemed MOOT.

IT IS SO ORDERED.

Dated:  October ___, 2007

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND [PROPOSED] ORDER *RE:*
WITHDRAWAL OF TRO REQUEST AS MOOT

CASE NO. C 07-4721 SI