CHARLES L. COLEMAN, III (CA. Bar No. 65496)
ANDREW T. CAULFIELD (CA. Bar No. 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California  94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE


DANA N. LEVITT, PC (CA Bar No. 77180)
CHARLES E. WEIR (CA Bar No. 211091)
JASON D. STRABO (CA Bar No. 246426)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 4110
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
dlevitt@mwe.com
cweir@mwe.com
jstrabo@mwe.com

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – E-FILING

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No.　　　C 07-4721 SI<br>Related Case:　C 04-00186 SI<br><br>STIPULATION AND [PROPOSED] ORDER *RE:* WITHDRAWAL OF PLAINTIFF'S MOTION FOR TRO AS MOOT<br><br>Hearing Date: November 1, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor |

//

1   WHEREAS, on October 2, 2007, when this matter was before Judge Fogel, Plaintiff David Kayne ("Plaintiff" or "Mr. Kayne") filed a motion seeking a temporary restraining order and preliminary injunction to enjoin defendant The Thomas Kinkade Company ("TKC") from proceeding further with an arbitration scheduled to occur on October 16, 2007; and

WHEREAS, on October 3, 2007, TKC filed an opposition to Mr. Kayne's motion seeking to enjoin TKC's participation in the October 16 arbitration proceedings; and

WHEREAS, on October 4-5, 2007, Mr. Kayne filed a reply in support of his motion seeking to enjoin TKC's participation in the October 16 arbitration proceedings; and

WHEREAS, Mr. Kayne's motion to enjoin TKC's participation in the October 16 arbitration proceedings was taken under submission by Judge Fogel but not ruled upon; and

WHEREAS, in the absence of any order from this Court, TKC did participate in the October 16 arbitration proceedings; and

WHEREAS, the parties are in agreement that Mr. Kayne's motion seeking to enjoin TKC from participating in the October 16 arbitration proceedings is now MOOT;

NOW, THEREFORE, it is hereby stipulated as follows by and between Mr. Kayne and TKC through their respective undersigned counsel:

1.   The motion of Mr. Kayne seeking a temporary restraining order and/or preliminary injunction to prevent TKC from participating in the October 16, 2007 arbitration proceedings is now MOOT; and

//
//
//

2. In the circumstances, the motion by Mr. Kayne may be WITHDRAWN; and

3. The November 1, 2007 hearing date for Mr. Kayne's motion should be VACATED.

Dated: October 26, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: Charles L. Coleman, III

Attorneys for Plaintiff
DAVID KAYNE

McDERMOTT WILL & EMERY LLP

By: Charles E. Weir

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

Based on the foregoing stipulation of the parties, and good cause appearing, the November 1, 2007, hearing date on Mr. Kayne's motion for a temporary restraining order and/or preliminary injunction is hereby VACATED and his motion shall be deemed MOOT.

IT IS SO ORDERED.

Dated: October ___, 2007

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER *RE:*
WITHDRAWAL OF TRO REQUEST AS MOOT

CASE NO. C 07-4721 SI