IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: DECEMBER 7, 2007 LAW & MOTION CALENDAR
_____/

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the December 7, 2007 calendar has been continued to Tuesday, December 18, 2007.

**Friday 12/7/2007**
**09:00 AM**

----------

C-07-0740 MARVIN W. NACH v. GERALD BALDWIN
Defendants Motions to Dismiss
Defendant's Motion to Dismiss

----------

C-06-6633.e RAFAEL TOWN CENTER v. THE WEITZ CO.
Defendant's Motion for Summary Adjudication

----------

C-07-2648.e PINOLEVILLE POMO NATION v. UKIAH AUTO DISMANTLERS
Defendant's Motion to Dismiss

----------

C-07-4928.e FRANK FOSTER v. NATIONWIDE MUTUAL INSURANCE CO.
Defendant's Motion to Transfer Venue

----------

C-07-4721.e DAVID KAYNE v. THOMAS KINKADE CO.
Defendant's Motions to Dismiss and to Strike

----------

C-07-3768.e AZIN MORTAZAVI v. ROSEMARY MELVILLE
Defendant's Motion for Summary Judgment - The parties have agreed to submit this without argument at cmc. (no further dates set)

----------

C-07-4721.e DAVID KAYNE v. THE THOMAS KINKADE CO.
Defendant's Motion to Dismiss

----------

C-06-7218.e K.S. MINOR v. FREMONT UNIFIED SCHOOL DISTRICT
Plaintiff's Motion for Leave to Amend

C-07-0087 JENNIFER LOPEZ v. THE GYMBOREE CORP. consolidated w/C-07-0739
Reserved for Motion to Certify the Class

----------

**11:00 AM**
CR-06-0426 USA v. VINCE MING WAN (NC)
ALEX WAI SHING FONG (C)-cant.intp.
PHUNG NGUYEN (C)
JAY YUAN(NC)
MICHAEL LEUNG(NC)- cant. intp.
EDWIN TOY(NC)
KITTY YEE LI (NC)
Trial Setting/Status

----------

CR-07-0329 UNITED STATES v. JOHN AICEGA (C)
Judgment & Sentence

----------

CR-05-0375.e UNITED STATES v. FAISAL GOWANI (NC)
Judgment & Sentencing

----------

CR-07-0456 UNITED STATES v. HECTOR GUILLERMO RAMIREZ DE LEON (C)(SP.INT)
Change of Plea

----------

CR-07-0641 UNITED STATES v. MINH DANG (NC)
Trial Setting

----------

CR-04-0057.e UNITED STATES v. ANTOINE D. HOLMES
Supervised Release Violation Hearing

Dated: 11/27/07 November 27, 2007                         RICHARD W. WIEKING, Clerk

                                                          Tracy Sutton
                                                          Deputy Clerk