DANA N. LEVITT, PC (CA Bar No. 77180)
CHARLES E. WEIR (CA Bar No. 211091)
JASON D. STRABO (CA Bar No. 246426)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone:  310.277.4110
Facsimile:  310.277.4730
dlevitt@mwe.com
cweir@mwe.com
jstrabo@mwe.com

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

CHARLES L. COLEMAN, III (CA. Bar No. 65496)
ANDREW T. CAULFIELD (CA. Bar No. 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,,<br><br>　　　　　Defendant. | CASE NO. C 07-4721 (SI)<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE** |

STIPULATION                                                                                     (No. 07-4721 (SI))

## STIPULATED REQUEST FOR CONTINUANCE

Plaintiff David Kayne ("Kayne") and Defendant The Thomas Kinkade Company ("TKC") hereby stipulate and submit the following joint request for continuance:

WHEREAS, Kayne commenced this case by filing a complaint (the "Complaint") on September 12, 2007;

WHEREAS, TKC filed a motion to dismiss (the "Motion to Dismiss") and a motion to strike (the "Motion to Strike") on October 4, 2007;

WHEREAS, the Motion to Dismiss and Motion to Strike were originally set by this Court for hearing on December 7, 2007;

WHEREAS, the case management conference (the "Case Management Conference") in this matter was also set for hearing on December 7, 2007;

WHEREAS, on November 27, 2007, the Court moved the hearing date for the Motion to Dismiss and Motion to Strike to December 18, 2007 due to the Court's unavailability on December 7, 2007;

WHEREAS, the Case Management Conference has not been rescheduled and is currently set for hearing on December 7, 2007;

WHEREAS, counsel for TKC is located in Los Angeles, California;

WHEREAS, counsel will be required to travel to San Francisco on two separate occasions under the schedule as currently set, resulting in substantial additional expenditure of time and money;

WHEREAS, Kayne and TKC desire to stipulate to reschedule the Case Management Conference on the terms and conditions set forth herein.

/
/
/
/
/

STIPULATION                                1                                (No. 07-4721 (SI))

NOW THEREFORE, Kayne and TKC by and through their counsel jointly request that the Court reschedule the Case Management Conference as follows:

The Case Management Conference currently scheduled for December 7, 2007 at 2:00 p.m. be continued to December 18, 2007 at 2:00 p.m., or such other time on December 18, 2007 that the Court deems convenient.

Dated: November 27, 2007

HOLLAND & KNIGHT LLP
CHARLES L. COLEMAN, III
ANDREW T. CAULFIELD

By: _____
Charles L. Coleman, III
Attorneys for Plaintiff
DAVID KAYNE

Dated: November 27, 2007

McDERMOTT WILL & EMERY LLP
DANA N. LEVITT, PC
CHARLES E. WEIR
JASON D. STRABO

By: _____
Charles E. Weir
Attorneys for Defendant
THE THOMAS KINKADE COMPANY

IT IS SO ORDERED.

The date for the Case Management Conference is continued to December 18, 2007 at 9:00 a.m.

Dated: _____

_____
Hon. Susan Illston
United States District Court Judge

STIPULATION                          - 2 -                          (No. 07-4721 (SI))