DANA N. LEVITT, PC (CA Bar No. 77180)
CHARLES E. WEIR (CA Bar No. 211091)
JASON D. STRABO (CA Bar No. 246426)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone:   310.277.4110
Facsimile:    310.277.4730
dlevitt@mwe.com
cweir@mwe.com
jstrabo@mwe.com

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

CHARLES L. COLEMAN, III (CA. Bar No. 65496)
ANDREW T. CAULFIELD (CA. Bar No. 238300)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | CASE NO. C 07-4721 (SI)<br><br>**STIPULATED REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

STIPULATION                                                                                           (No. 07-4721 (SI))

## STIPULATION

Plaintiff David Kayne ("Kayne") and Defendant The Thomas Kinkade Company ("TKC") hereby stipulate and submit the following joint request:

WHEREAS, on December 5, 2007 the Court dismissed Kayne's first amended complaint with prejudice;

WHEREAS, the case management conference (the "Case Management Conference") in this matter has not been taken off calendar and is currently scheduled for hearing on December 18, 2007;

WHEREAS, Given the Court's ruling, Kayne and TKC desire to stipulate to take the December 18, 2007 Case Management Conference off calendar.

NOW THEREFORE, Kayne and TKC by and through their counsel jointly request that the Court take the December 18, 2007 Case Management Conference off calendar.

Dated: December 10, 2007

HOLLAND & KNIGHT LLP
CHARLES L. COLEMAN, III
ANDREW T. CAULFIELD

By: _____
Charles L. Coleman, III
Attorneys for Plaintiff
DAVID KAYNE

Dated: December 11, 2007

McDERMOTT WILL & EMERY LLP
DANA N. LEVITT, PC
CHARLES E. WEIR
JASON D. STRABO

By: _____
Charles E. Weir
Attorneys for Defendant
THE THOMAS KINKADE COMPANY

IT IS SO ORDERED.

The Case Management Conference is hereby taken off calendar.

Dated: _____

Hon. Susan Illston
United States District Judge

STIPULATION
LAS99 1530821-1.074203.0021

The initial case management conference shall be continued to Friday, March 21, 2008, at 2:00 p.m.. The joint statement shall be filed one week prior to the conference.