CHARLES L. COLEMAN, III (CA. Bar No. 65496)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
charles.coleman@hklaw.com
andrew.caulfield@hklaw.com

Attorneys for Plaintiff
DAVID KAYNE


DANA N. LEVITT, PC (CA Bar No. 77180)
CHARLES E. WEIR (CA Bar No. 211091)
JASON D. STRABO (CA Bar No. 246426)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 4110
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
dlevitt@mwe.com
cweir@mwe.com
jstrabo@mwe.com

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – **E-FILING**

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE THOMAS KINKADE COMPANY, formerly known as MEDIA ARTS GROUP, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.　　　C 07-4721 SI<br>Related Case:　C 04-00186 SI<br><br>**STIPULATION OF WITHDRAWAL OF RULE 11 MOTION AND [PROPOSED] ORDER TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR**<br><br>Hearing/CMC Date: March 21, 2008<br>Hearing Times:　　9:00 a.m.<br>CMC Time:　　　　2:00 p.m.<br>Courtroom: 10, 19th Floor |

//

---
- 1 -

STIPULATION OF WITHDRAWAL OF MOTION　　　　　　　　　　　　　　　　　CASE NO. C 07-4721 SI
AND [PROPOSED] ORDER TAKING CMC OFF CALENDAR

1  WHEREAS, defendant THE THOMAS KINKADE COMPANY, formerly
2  known as MEDIA ARTS GROUP, INC. ("TKC") filed and noticed for hearing on
3  March 21, 2008 at 9:00 a.m. a motion seeking sanctions under Rule 11 of the
4  Federal Rules of Civil Procedure against defendant DAVID KAYNE ("Mr. Kayne")
5  and his counsel; and

6  WHEREAS, a stipulation has been executed by Mr. Kayne and counsel for
7  TKC whereby it has been agreed that Mr. Kayne's *pro se* appeal of this Court's
8  Order dismissing Mr. Kayne's claims is to be dismissed by the Ninth Circuit Court
9  of Appeals so that the appeal is to be abandoned; and

10 WHEREAS, the aforementioned stipulation is in the process of being filed
11 with the Ninth Circuit Court of Appeals; and

12 WHEREAS, TKC now wishes to dismiss its motion for sanctions under Rule
13 11 against Mr. Kayne and his counsel,

14 NOW, THEREFORE, it is hereby stipulated as follows by and between TKC
15 and Mr. Kayne and his undersigned counsel:

16 1.  The motion of TKC for sanctions against Mr. Kayne and his counsel,
17 currently set for hearing on March 21, 2008, is WITHDRAWN.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

2. In the circumstances, parties and their counsel have no further relief to seek from this Court, so that they respectfully request that the Case Management Conference currently set for March 21, 2008 at 2:00 p.m. be VACATED.

Dated: February 29, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: Charles L. Coleman, III

Attorneys for Plaintiff
DAVID KAYNE

McDERMOTT WILL & EMERY LLP

By: Charles E. Weir

Attorneys for Defendant
THE THOMAS KINKADE COMPANY

IT IS SO ORDERED. The Case Management Conference is hereby taken off calendar.

Dated: _____

_____
Hon. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE