

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID KAYNE, an individual citizen of Georgia,<br><br>            Plaintiff - Appellant,<br><br>   v.<br><br>THE THOMAS KINCADE COMPANY, formerly known as Media Arts Group, Inc.,<br><br>            Defendant - Appellee. | No. 08-15038<br><br>D.C. No. CV-07-04721-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court.

> For the Court:
> MOLLY C. DWYER
> Acting Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Cir. R. 27-7/Advisory Note to R. 27
>    and 9th Cir. R. 27-10

TH/Pro Mo