**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 7, 2008

CASE NUMBER:   **CV 07-04721 SI**
CASE TITLE:    **Kayne-v- The Thomas Kinkade Company**
DATE MANDATE FILED:   March 7, 2008

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by: **Yumiko Saito**
Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16